UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-25801-LEIBOWITZ

LUIS ALFREDO MARTINEZ-CRUZ,

     *Petitioner,*

v.

PAM BONDI, *et al.*,

     *Respondents.*

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court on Petitioner's Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1], filed on December 10, 2025.  Petitioner asserts that Respondents lack the authority to detain him.  [*Id.* at 2–3].  Petitioner is currently being detained by Respondents at Adam County Correctional Center in Miami, Florida.  [*Id.*].  In the Motion, Petitioner asks this Court to, *inter alia*, order Respondents to show cause for Petitioner's detention.  [ECF No. 1 at 17].

It is well settled that a court has jurisdiction to consider a habeas corpus petition if the court has jurisdiction over the proper respondent to the petition.  *See Campbell v. Wolf*, No. 20-cv-20768, 2020 WL 2109933, at *1 (S.D. Fla. Feb. 26, 2020) (Williams, J.) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004)).  "The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is the person who has custody over the petitioner."  *Id.* (cleaned up).  That is, the proper respondent is the "immediate custodian" of the prisoner with the ability to produce the prisoner's body before the habeas court.  *Id.*  "A district court acts within its respective jurisdiction within the meaning of § 2241 as long as the custodian can be reached by service of process."  *Id.* (alteration adopted) (quoting *Rasul v. Bush*, 542 U.S. 466, 478–79 (2004)).

Here, it is unclear from the Petition who Petitioner's immediate custodian is.  While Petitioner claims that Kelei Walker, Field Office Director of ICE in Miami, exercises custody and control over Petitioner's detention, Petitioner is currently being detained in Mississippi.  [*See* ECF No. 1 at 4; *see also* ECF No. 1-2 at 17].  Thus, Petitioner's true immediate custodian may not be amenable to service of process, which may deprive this Court of jurisdiction over the Petition.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner shall **SHOW CAUSE** in writing why this action should not be dismissed or whether it should be transferred to the Southern District of Mississippi **no later than December 18, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on December 15, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2