UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-25801-LEIBOWITZ

LUIS ALFREDO MARTINEZ-CRUZ,

     *Petitioner,*

*v.*

PAM BONDI, *et al.,*

     *Respondents.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus without Prejudice (the "Motion") [ECF No. 6], filed on December 18, 2025.  Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion [**ECF No. 6**] is **GRANTED** and this action is **DISMISSED** *without prejudice.*  Each party shall bear its own attorneys' fees and costs.  The *Clerk of Court* is directed to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

     **DONE AND ORDERED** in the Southern District of Florida on December 19, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record